# Order

Michigan Supreme Court
Lansing, Michigan

May 27, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138464

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                                        SC: 138464
                                                         COA: 289753
                                                         Macomb CC: 2007-005483-FC

SHAWN PAUL MURRAY,
          Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the February 3, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2009                    _____

d0518                                                    Clerk